UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEFFREY MCCLOUD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:16-cv-00422-WTL-MJD |
| | ) |
| CORIZON MEDICAL SERVICES, | ) |
| MITCHEFF Dr., MD, RAHAM Dr., MD, | ) |
| NEIL MARTIN Dr., MD, | ) |
| SAMUEL BYRD Dr., MD, | ) |
| B. RIGGS, R. ROBINSON, | ) |
| | ) |
| Defendants. | ) |

**Order to Show Cause**

The plaintiff was assessed an initial partial filing fee of Fourteen Dollars and Seventy Cents ($14.70). He was given a period of time to pay this sum to the Clerk of the Court. This time has passed without payment or explanation. This amount is overdue and it is not unusual for a case to be dismissed when the plaintiff fails to pay the filing fee as directed. *See Bates v. Thompson*, 234 F.3d 1272 (7th Cir. 2000) (discussing dismissal of action for failure to pay filing fee).

Accordingly, the plaintiff shall have **though December 16, 2016,** in which to either pay the initial partial filing fee or to show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

Date: 11/30/16

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

JEFFREY MCCLOUD, DOC # 120679
Wabash Valley Correctional Facility
Electronic Service Participant -- Court Only